UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADE EXCHANGE NETWORK LIMITED, an Irish company, and INTRADE THE PREDICTION MARKET LIMITED, an Irish company,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 12-1902 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER (1) TO SHOW CAUSE WHY DEFENDANTS ARE NOT IN CIVIL CONTEMPT AND (2) FOR SANCTIONS AGAINST DEFENDANTS PURSUANT TO FED. R. CIV. P. 37(b)(2)(A)

Having reviewed the *unopposed* motion of Plaintiff U.S. Commodity Futures Trading Commission

(the "Commission") for An Order To Show Cause Why Defendants Are Not In Civil Contempt

and For Sanctions Against Defendants Pursuant to Fed. R. Civ. P. 37(b)(2)(A) as to Defendants

Trade Exchange Network Ltd. and Intrade the Prediction Market Ltd. (collectively

"Defendants"), *the lack of* ~~any~~ opposition of Defendants to the motion, as well as the entire record in this

matter, it is hereby:

ORDERED that the Commission's Motion for An Order To Show Cause Why

Defendants Are Not In Civil Contempt of this Court's June 24, 2014 Order is GRANTED; and

IT IS FURTHER ORDERED that Defendants are required to show cause *in writing* why they are

not in civil contempt by  Dec. 15 , 2014; and

1

**IT IS FURTHER ORDERED** that the Commission's Motion For Sanctions Against the Defendants Pursuant to Fed. R. Civ. P. 37(b)(2)(A) is **GRANTED**; and

**IT IS FURTHER ORDERED** that, for Defendants' ~~Contempt of this Court's June 24, 2014 Order and/or~~ Defendants' Violations of Rule 37(b)(2)(A) of the Federal Rules of Civil Procedure, the following sanctions are imposed:

a) Each and every of Defendants' affirmative defenses to the claims of the Complaint is stricken from the record and that Defendants are prohibited from asserting those defenses or introducing evidence in support of those defense;

b) Defendants are barred from raising any issues concerning the laws of the Republic of Ireland and/or European Union in connection with any further motions and/or oppositions, including in discovery, for summary judgment and in connection with a trial in this action; and

c) Defendants must pay all reasonable expenses, including attorney's fees, incurred by the Commission as a result of their failures ~~to obey the Court's Order and~~ a to abide by their discovery obligations including those expenses that the Commission incurred concerning (i) its Motion to Compel and Reply (Dkt. Nos. 25 and 30), and (ii) this Motion ~~to Show Cause and~~ for Sanctions.

Dated: _____12/3/14_____

_____
UNITED STATES DISTRICT COURT JUDGE