UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRADE EXCHANGE NETWORK )<br>LIMITED, an Irish company, and INTRADE )<br>THE PREDICTION MARKET )<br>LIMITED, an Irish company, )<br>)<br>Defendants. ) | Civil Action No. 12-1902 (RCL) |

[~~PROPOSED~~] CONSENT ORDER GRANTING PARTIES' REQUEST THAT THE COURT (1) FREEZE THOSE U.S. CUSTOMER FUNDS HELD IN SANTANDER BANK AND (2) DEFER ANY RULING BY THE COURT ON PLAINTIFF'S REQUEST AS TO APPROPRIATE AMOUNT OF DISGORGEMENT

The United States Commodity Futures Trading Commission ("Plaintiff," "Commission" or "CFTC") filed an *Emergency Motion and Brief in Support for (1) a Statutory Restraining Order (SRO) To Freeze U.S. Customer Funds Held in Defendants' Santander Bank Account So That Those Funds Can Be Preserved for Any Disgorgement Remedy; (2) an Expedited Briefing Schedule on the Motion for an SRO; and (3) a Temporary Order Directing Defendants Not to Transfer U.S. Funds* (Dkt. No. 75) ("Motion for an SRO") on December 16, 2015. Subsequently, on December 23, 2015, the Commission and Defendants Trade Exchange Network Limited ("TEN") and Intrade the Prediction Market Limited ("Intrade") (collectively, "Defendants") filed the *Parties' Meet And Confer Statement Regarding Plaintiff's Pending Emergency Motion For Statutory Restraining Order And Other Relief And Request That The Court Enter Attached [Proposed] Consent Order That (1) Freezes Those U.S. Customer Funds*

1

*Held In Santander Bank And (2) Defers Any Ruling By The Court On Plaintiff's Request As To Appropriate Amount Of Disgorgement* ("Meet and Confer").[1]

Having reviewed the (a) Meet and Confer, (b) the parties' request for (i) an order, without bond, that freezes all U.S. customer funds currently held in Account No. [XXXX]7142 at Santander Bank, N.A., 330 Madison Avenue, Manhattan, NY 10017 in the name of Tradesports.com Inc. ("Tradesports") so that those funds may be preserved for any disgorgement remedy ordered by the Court (the "Request for a Freeze") and (ii) an order deferring the Court's ruling on the Commission's request as to the appropriate amount of disgorgement contained in its *Motion and Brief as to the Appropriate Amount of Disgorgement and Civil Monetary Penalties for Defendants' Violations of the Commodity Exchange Act and Commission Regulations* (Dkt No. 71) ("Motion on Disgorgement and CMP"), (c) the Stipulation of Ronald Bernstein, the former CEO of Defendants and the current CEO of Tradesports, in which he, on behalf of Tradesports, stipulates and consents to the jurisdiction of this Court to enter an order freezing the funds up to $483,933 in the Santander Bank Account No. [XXXX]7142 that is in the name of Tradesports, and (d) the entire record in this matter, it is hereby:

**ORDERED** that the parties' Request for a Freeze is **GRANTED**;

**IT IS FURTHER ORDERED** that $483,993 in the Santander Bank Account No. [XXXX]7142, the amount of U.S. customer funds that were in that account as of October 17, 2014, or ~~current~~ *as of Dec. 15, 2015 (when notice was to defendants' counsel)* net balance, whichever is less, is frozen until further order by the Court so as to maintain and preserve those funds while the Liquidator conducts his accounting and investigation of Defendants' assets as well as funds that it still holds on behalf of U.S. customers;

---

[1] The Meet and Confer was also seen, reviewed and agreed to by the liquidator that Defendants appointed in the Republic of Ireland and who now represents Defendants ("Liquidator").

2

**IT IS FURTHER ORDERED** that Tradesports, any successor to Tradesports, and Tradesports' representatives, agents, and employees, including Ronald Bernstein, as well as Defendants, any successor to Defendants, Defendants' Irish Liquidator, Padraic Bermingham of the firm Bermingham & Company in Dublin, Ireland, and Defendants' representatives, agents, and employees, who receive actual notice of this Order by personal service or otherwise, are immediately restrained and enjoined, except as otherwise ordered by this Court, from directly or indirectly withdrawing, transferring, removing, dissipating, or disposing of any funds, assets, or other property up to the amount of $483,993 from the Santander Bank Account No. [XXXX]7142 in the name of Tradesports until further order by this Court;

**IT IS FURTHER ORDERED** that Santander N.A. shall prohibit Tradesports, any successor to Tradesports, and Tradesports' representatives, agents, and employees, including Ronald Bernstein, as well as Defendants, any successor to Defendants, Defendants' Irish Liquidator, Padraic Bermingham of the firm Bermingham & Company in Dublin, Ireland, and Defendants' representatives, agents, and employees, and all other persons from directly or indirectly withdrawing, transferring, removing, dissipating, or disposing of any funds, assets, or other property up to the amount of $483,993 from the Santander Bank Account No. [XXXX]7142 in the name of Tradesports until further order by this Court;

**IT IS FURTHER ORDERED** that so the parties may have an opportunity to resolve among themselves the appropriate amount of disgorgement for Defendants' conduct without the necessity of a ruling by the Court, the Court shall defer, until further order by this Court, a ruling on the Commission's pending request as to the appropriate amount of disgorgement contained in its Motion on Disgorgement and CMP but that the Court will not defer its ruling on the appropriate amount of any civil monetary penalty for Defendants' misconduct; and

**IT IS FURTHER ORDERED** that the parties shall provide the Court with a status update as to their attempts of resolving among themselves the appropriate amount of disgorgement for Defendants' conduct no later than February 15, 2016, so that the Court can determine whether it should continue to defer a ruling on the Motion on Disgorgement and CMP.

Dated: _December 30, 2015_

_____
Royce C. Lamberth
UNITED STATES DISTRICT COURT JUDGE

SEEN, REVIEWED AND AGREED BY:

ONE OF THE ATTORNEYS FOR
PLAINTIFF U.S. COMMODITY FUTURES
TRADING COMMISSION

/s/ Kathleen Banar

Kathleen Banar (Ill. Bar No. 6200597)
U.S. Commodity Futures Trading Commission
Division of Enforcement, 7th Floor
1155 21st Street, NW
Washington, D.C. 20581
Telephone: (202) 418-5335
Facsimile: (202) 418-5987
*kbanar@cftc.gov*

James W. Deacon (D.C. Bar No. 476216)
U.S. Commodity Futures Trading Commission
Division of Enforcement, 7th Floor
1155 21st Street, NW
Washington, D.C. 20581
Telephone: 202-418-5526
Facsimile: 202-418-5987
*jdeacon@cftc.gov*

SEEN, REVIEWED AND AGREED BY:

ONE OF THE ATTORNEYS FOR
DEFENDANTS TRADE EXCHANGE
NETWORK LTD. and INTRADE THE
PREDICTION MARKET LTD.

/s/ Jeffrey R. Hamlin

Jeffrey R. Hamlin (D.C. Bar No. 478256)
IFRAH PLLC
1717 Pennsylvania Avenue, Suite 650
Washington, D.C. 20006
Telephone: (202) 524-4143
Facsimile: (202) 524-4141
*jhamlin@ifrahlaw.com*

SEEN, REVIEWED AND AGREED BY:

LIQUIDATOR FOR DEFENDANTS TRADE
EXCHANGE NETWORK AND INTRADE
THE PREDICTION MARKET LIMITED

_____
Padraic Bermingham
Bermingham & Company
Damastown Way
Damastown Business Park
Dublin 15
Republic of Ireland
Telephone: +353 1 8226480
Facsimile: +353 1 8227009
*Padraic.bermingham@berminghamandcompany.ie*