UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>          Plaintiff,<br><br>    v.<br><br>TRADE EXCHANGE NETWORK LIMITED, an Irish company, and INTRADE THE PREDICTION MARKET LIMITED, an Irish company,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 12-1902 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] CONSENT ORDER TO TEMPORARILY STAY AND/OR VACATE THAT PORTION OF THE COURT'S MARCH 9, 2016 ORDER TERMINATING THE CASE, PENDING FINAL DETERMINATION OF THE CFTC'S MOTION FOR IMPOSITION OF A CIVIL MONETARY PENALTY AGAINST DEFENDANTS FOR THEIR LIABILITY ON COUNTS I AND II

Having reviewed Plaintiff United States Commodity Futures Trading Commission's ("Plaintiff," "Commission" or "CFTC") *Unopposed Motion To Temporarily Stay And/Or Vacate That Portion Of The Court's March 9, 2016 Order Terminating The Case Pending Final Determination By The Court Of The CFTC's Motion For Imposition Of A Civil Monetary Penalty Against Defendants For Their Liability on Counts I and II* ("Motion"), in which the Commission requests, and Defendants Trade Exchange Network Limited ("TEN") and/or Intrade the Prediction Market Limited ("Intrade") (collectively, "Defendants") do not oppose, that the Court issue an order temporarily staying and/or vacating that portion of the Court's March 9, 2016 Order ("March 9th Order," Dkt. No. 88) terminating the case, pending the Court's final determination on the Commission's request that the Court impose a $3,000,000 civil monetary penalty against Defendants for their liability on Counts I and II of the Complaint for

1

violating the Commodity Exchange Act, 7 U.S.C. §§ 1 *et seq.* ("Act"), and Commission Regulations, 17 C.F.R. §§ 1 *et seq.* ("Regulations"), as requested in the Commission's *Motion and Brief in Support as to the Appropriate Amount of Disgorgement and Civil Monetary Penalties* ( "Motion on Disgorgement and CMP"), Dkt. No. 71), as well as the entire record in this matter, it is hereby:

**ORDERED** that the Commission's Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that solely the portion of the Court's March 9th Order in which the Court stated that "This case is terminated, subject to reopening to ensure compliance with this final order" is temporarily vacated and/or stayed until the Court rules on the Commission's pending request for a civil monetary penalty against Defendants for their liability on Counts I and II of the Complaint as contained in the Commission's Motion on Disgorgement and CMP (Dkt. No. 71);

**IT IS FURTHER ORDERED** that once the Court rules on the Commission's pending request for a civil monetary penalty against Defendants for their liability on Counts I and II of the Complaint as contained in the Commission's Motion on Disgorgement and CMP (Dkt. No. 71), then that portion of the Court's March 9th Order in which the Court stated that "This case is terminated, subject to reopening to ensure compliance with this final order" shall be in full force and effect; and

**IT IS FURTHER ORDERED** that all other provisions contained in the Court's March 9th Order shall remain in full force and effect.

Dated: _6/9/16_

_Roger C. Lamberth_
UNITED STATES DISTRICT COURT JUDGE