**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 12-1902 (RCL) |
| TRADE EXCHANGE NETWORK LIMITED, an Irish company, and INTRADE THE PREDICTION MARKET LIMITED, an Irish company, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S NOTICE TO THE COURT REGARDING STATUS UPDATE PROVIDED BY DEFENDANTS' IRISH LIQIDATOR AND STATEMENT BY LIQUIDATOR THAT IT WOULD BE USEFUL TO HAVE A RULING AS SOON AS POSSIBLE ON <u>PLAINTIFF'S REQUEST FOR A CIVIL MONETARY PENALTY</u>**

On April 13, 2018, counsel for Plaintiff United States Commodity Futures Trading Commission ("Plaintiff," "CFTC," or "Commission") received status updates from Defendants' appointed Irish liquidator concerning (1) the ongoing liquidation proceedings of Defendants Trade Exchange Network Ltd.'s ("TEN") and Intrade the Prediction Market Ltd.'s ("Intrade") (collectively, "Defendants") in the Republic of Ireland, and (2) a proceeding regarding Defendants pending in the Irish High Court.

By way of background on December 3, 2015, Defendants by their members filed for voluntary liquidation in the Republic of Ireland and appointed Padraic Bermingham of the firm Bermingham & Company located in, Dublin, Ireland, as the liquidator for Defendants (the "Liquidator").

The Liquidator informed Plaintiff's counsel that, "By correspondence dated 11th April 2018, in response to reports submitted by [him] to the Office of the Director of Corporate Enforcement ("ODCE") pursuant to [his] responsibilities in accordance with Section 682 of the [Irish] Companies Act 2014, the Director of Corporate Enforcement has relieved me of my obligation to make an application for the restriction of the directors," and that "he is not required to make any further reports to the ODCE."

The Liquidator also informed Plaintiff's counsel as to the proceeding before the Irish High Court that, "A further hearing in relation to this case is listed in the High Court for the 10th and 11th July 2018" and that he would "revert following its conclusion."

Importantly, the Liquidator further informed Plaintiff's counsel that, "***The only remaining issue is the finalisation of the CFTC's action [with] respect [to] the C[ivil] M[onetary] P[enalty] ["CMP"] [sought by the CFTC]***" and that "*[i]t would be useful to reach a conclusion to this [the CMP] as soon as possible.*"  (Emphasis added)

The Liquidator concluded by informing Plaintiff's counsel that he "[H]ope[d] to [] convene a meeting of creditors [including the CFTC] to provide an update on progress [of the proceedings]."

As a reminder to the Court, the sole outstanding issue pending before the Court in this litigation, which has been fully briefed by the parties since December 22, 2015,[1] is the appropriate amount of the CMP that should be assessed against Defendants for their liability on Counts I and II

---

[1] *See Plaintiff's Motion and Brief in Support as to the Appropriate Amount of Disgorgement and Civil Monetary Penalties* ("Motion for CMP") (Dkt. No. 71), *Defendants' Memorandum in Opposition to Motion for CMP* ("Opposition to CMP") (Dkt. No. 74), and *Plaintiff's Reply to Opposition to CMP* (Dkt. No. 77).

of the Complaint for violating the Commodity Exchange Act, 7 U.S.C. §§ 1 *et seq.* ("Act"), and Commission Regulations, 17 C.F.R. §§ 1 *et seq.* ("Regulations").[2]

Dated:  April 16, 2018

Respectfully Submitted,
*One of the Attorneys for Plaintiff,*
*U.S. Commodity Futures Trading*
*Commission*

 /s/ James W. Deacon
James W. Deacon (D.C. Bar No. 476216)
U.S. Commodity Futures Trading
Commission
Division of Enforcement, 7th Floor
1155 21st Street, NW
Washington, D.C. 20581
Telephone: 202-418-5526
Facsimile: 202-418-5987
*jdeacon@cftc.gov*

Kathleen Banar (Ill. Bar No.  6200597)
U.S. Commodity Futures Trading
Commission
Division of Enforcement, 7th Floor
1155 21st Street, NW
Washington, D.C. 20581
Telephone:  (202) 418-5335
Facsimile:  (202) 418-5987
*kbanar@cftc.gov*

---

[2] On June 9, 2016 the Court temporarily vacated and/or stayed that portion of the March 8th Order in which the Court stated that "this case is terminated, subject to reopening to ensure compliance with this final order" until the Court ruled on the Commission's pending request for a civil monetary penalty against Defendants for their liability on Counts I and II of the Complaint as contained in the Commission's Motion on Disgorgement and CMP.  (Dkt. No. 90).  Thus, this case is still open and awaiting a ruling by the Court on the Plaintiff's request for a CMP against Defendants.

## **CERTIFICATE OF SERVICE**

I, James W. Deacon, hereby certify that on April 16, 2018, I filed *Plaintiff's Notice To The Court Regarding Status Update Provided By Defendants' Irish Liquidator And Statement By Liquidator That It Would Be Useful To Have A Ruling As Soon As Possible On Plaintiff's Request For A Civil Monetary Penalty* (the "Notice") with the Clerk of Court using the CM/ECF system, which will automatically serve an email notification of said filing on the following attorneys of record:

| | |
|---|---|
| A. Jeff Ifrah<br>IFRAH PLLC<br>1717 Pennsylvania Avenue, Suite 650<br>Washington, D.C. 20006<br>Telephone: (202) 524-4140<br>Facsimile: (202) 524-4141<br>*jeff@ifrahlaw.com* | Jeffrey R. Hamlin<br>IFRAH PLLC<br>1717 Pennsylvania Avenue, Suite 650<br>Washington, D.C. 20006<br>Telephone: (202) 524-4143<br>Facsimile: (202) 524-4141<br>*jhamlin@ifrahlaw.com* |

/s/ James W. Deacon
*One of the Attorneys for Plaintiff,
U.S. Commodity Futures Trading Commission*

I further certify that the same day, I served a copy of the Notice, upon the Irish liquidator appointed by Defendants, Padraic Bermingham of the firm Bermingham & Company in Dublin, Ireland, as well as his counsel, by sending it via electronic mail to the following addresses:

| | |
|---|---|
| Padraic Bermingham | Brian Sherry |
| Bermingham & Company | Ferrys Solicitors |
| Damastown Way | Inn Chambers |
| Damastown Business Park | 15 Upper Ormond Quay |
| Dublin 15 | Dublin 7 |
| Republic of Ireland | Republic of Ireland |
| Telephone: +353 1 8226480 | Telephone: +353 1 6679408 |
| Facsimile: +353 1 8227009 | Facsimile: +353 1 8732976 |
| *Padraic.bermingham@berminghamandcompany.ie* | *brian@ferrysolicitors.com* |
| | |
| Liquidator for Defendants Trade Exchange Network Limited and Intrade the Prediction Market Limited | Counsel for the Liquidator |

/s/ James W. Deacon
*One of the Attorneys for Plaintiff,*
*U.S. Commodity Futures Trading*
*Commission*